# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL E. ASPINALL,** : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION NO. 3:15-699** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **RONALD THOMAS, JASON** : | |
| **THOMAS, JOHN MASCO, and** | |
| **KEVIN M. BISHOP,** : | |
| **Defendants** : | |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendants' motion to dismiss, (Doc. 10), is **DENIED**.

                                     s/ *Malachy E. Mannion*
                                     **MALACHY E. MANNION**
                                     **United States District Judge**

**Date: January 12, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0699-01-ORDER.wpd